JOHN C. SEAGER CO. v. 1,116½ BAGS OF SUGAR. (Circuit Court of Appeals, Second Circuit. March 7, 1901.) No. 120. Appeal from the District Court of the United States for the Eastern District of New York. Henry A. Forster, for appellant. J. Parker Kirlin, for appellee. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges. No opinion. Decree of the district court modified by disallowing interest upon the recovery, and, as modified, affirmed, with costs of appeal to appellant.

LAMSON CONSOL. STORE-SERVICE CO. v. CHAMBERLIN. (Circuit Court of Appeals, Second Circuit. February 27, 1901.) No. 77. Appeal from the Circuit Court of the United States for the District of Vermont. Albert H. Walker and W. S. Kerr, for appellant. M. B. Phillipp, for appellee. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges. No opinion. Decree of circuit court (103 Fed. 311) affirmed, with costs, on opinion below.

METROPOLITAN ST. RY. CO. v. FAIRBANKS. (Circuit Court of Appeals, Second Circuit. March 11, 1901.) No. 119. In Error to the Circuit Court of the United States for the Southern District of New York. A. B. Smith, for defendant in error. Before LACOMBE and SHIPMAN, Circuit Judges. No opinion. Judgment of circuit court affirmed.

MOOT v. GENERAL ELECTION CO. (Circuit Court of Appeals, Second Circuit. March 7, 1901.) In Error to the Circuit Court of the United States for the Western District of New York. Motion to dismiss writ of error. Clark H. Timerman, for the motion. Before LACOMBE and SHIPMAN, Circuit Judges. No opinion. Writ of error dismissed on the ground that the order sought to be reviewed is not final.